UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TAMRAL GUZMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:10-CR-161-TAV-DCP |
| | ) | 3:15-CV-57 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **JUDGMENT**

For the reasons expressed in the accompanying memorandum opinion and order filed herewith, it is **ORDERED** and **ADJUDGED** that the Motion [Doc. 303] and related Addendum [Doc. 325] and Motion to Amend [Doc. 329] by federal prisoner Tamral Guzman for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**. Petitioner's remaining Motion [Doc. 335] is **DENIED AS MOOT.**[1]

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Federal Rule of Appellate Procedure 22(b) because she has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24

---

[1] On March 16, 2017, Petitioner filed a "Motion for Ruling" [Doc. 335]. This motion is **MOOT** in light of the Court's Memorandum Opinion and Order [Doc. 340] ruling on her motion to vacate, set aside or correct sentence [Doc. 303], Addendum [Doc. 325], and Motion to Amend [Doc. 329] filed in this action.

that any appeal from this judgment by Petitioner would be frivolous and not taken in good faith.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT