43512-074  
Tamral Guzman  
F.C.I. Tallahassee  
P.O. BOX 5000  
Tallahassee, FL 32314  
United States



TALLAHASSEE FL 323

12 FEB 2020 PM 3 L

RECEIVED  
FEB 18 2020  
Clerk, U. S. District Court  
Eastern District of Tennessee  
At Knoxville

43512-074  
Clerk Of Court  
Eastern District of Tenn.  
800 Market ST  
Suite 130  
Knoxville, TN 37902  
United States

37902-230330