Compassion Release.   800 market st. Suite 143.
Knoxville, TN 37902.   Dear, Judge Varlan.

My name is Faith Volz I am the oldest daughter is a Tamral Guzman inmate #43512-074. Case# 3:10-CR-161 She has been incarcerated for almost 8 years for a mistake that she thought she was mostly innocent of. Tamral was trying to obey the law. Tamral's court appointed attorney dismissed Tamral's witnesses before they were testified. She is a first time offender she has never broken the law before she has always been a hard worker for her three children as a single mom. She's amazing person. She has 8 grandchildren now Which of six of them she has not even gotten to know. We really need her out. Tamral has a great support system family, parents, children and siblings. Which we are all law abiding citizens. I am greatly worried about her health. She has a poor immune system. She has battled cancer while being incarcerated several times. Her fellow inmates are smoking illegal drug and my mom is getting exposed to it making her hard to breathe and really hurting her lungs. I am tremendously worried about her being in there with coronavirus. I feel like she won't have a good chance of surviving. She needs to be home with her family where we can be with her and she's safe. She did get approved for cares act and signed her home confinement papers. But then they change the criteria. That was extremely heartbreaking to the whole family especially her. Tamral's mother died right after she found out Tamral can no longer come home. She met all the criteria is for home confinement except that she was 45% of her time. But she has medical issues and the doctor reviewed Her compassionate release and she was approved. We have been

waiting months to hear back something from central office. But every day she is in there it's a great risk. Her health continues to get worse because of lack of medical care and being exposed to Covid and K-2 Is highly dangerous for her especially. Please send my mother home. I promise you will not regret it. She is a great US citizen and has all the support to get her back on her feet into society. We love her so much. We all need her home with her family. PLEASE she means everything to us and she is such a good person. She doesn't deserve to be in there any longer.,     Thank you.                            FAITH VOLZ   865-444-9501

Faith Volz
3431 Ralph Phelps Rd
Louisville, TN 37777

Honorable Judge Thomas A. Varlan
U.S. District Court Eastern Tennessee
800 Market Street, Suite 143
Knoxville, TN 37902

KNOXVILLE TN 377
17 NOV 2020 PM 2 L

37902-230343