November 16, 2020

800 Market Street, Suite 143
Knoxville, TN 37902

## Plea for Compassionate Release

Re:Tamral Guzman # 43512-074

Dear Honorable Judge Varlan,

My name is Jenalee Silva, I am the sister of Tamral Guzman, who is currently incarcerated. She was convicted in the Eastern District of Tennessee (Knoxville) under case numbers 3:10-CR-0061-1 and 3:12-CR-00153-1. I am writing this letter on behalf of her and my family to ask for a compassionate release.

My sister Tamral has served 8 years of a very harsh 21.5 year sentence. She has no prior record and this is her first offense. She was the first case of her kind with no other case at the time to compare her to, in which I believe she was made an example out of and was given a much harsher sentence than deserved.

While incarcerated, my sister Tamral has been diagnosed with both breast cancer and cervical cancer. When she first found a lump in her breast she asked for medical attention, because of my family history of cancer, she knew it needed to be addressed quickly. She was neglected and they did not attend to her medical needs in a timely manner and the lump had multiplied and spread. Which led to a mass mastectomy. She was transferred to Carswell for chemotherapy, which the doctor recommended because of how quickly it was able to spread. When she arrived, she was denied chemotherapy because they had considered her terminal and was instead put on a oral medication, Tamoxifen, an estrogen blocker.

My family and I are deeply concerned for her wellbeing. Especially now with the pandemic Covid-19. We were relieved to hear that she met the criteria for the Care Act and would be released to come home on home confinement. She signed the papers agreeing to this on Thursday, April 16, 2020. Come Monday, April 20, 2020 her rights and the legal agreement that was made was revoked due to the change in criteria, that occurred after she had signed her paperwork. Tamral meets all the requirements for the Care Act and medical has signed off on her to go home.

I am now begging for mercy for you to please grant her a compassionate release. Her health has not been well, she has been struggling at times to breath and has been extremely weak. This past week she had such a difficult time breathing on of the inmates said she had turned blue and she was going in and out of consciousness. They called an officer to her aid to help her and the took her outside for some air. If she is denied a compassionate release, I fear she will then in turn be

handed a death sentence. Her health continues to decline and I am seriously afraid for her life. She does not deserve or has done anything to warrant her dying in prison.

We have living arrangements for Tamral, clothing, food and will help her with medical care. I am a nurse and my brothers are physicians. My husband helps lead worship and she will have spiritual community as well by my church. She is surrounded by a family that wants her home and we will do everything in our power to support her.

Tamral is a beautiful person who has more then paid for her mistakes. She certainly does not deserve to die in prison. We had just lost our mother this past Easter Sunday. We cannot bear to loose Tamral as well. She has been in good standing her entire incarceration and will not be a threat to society. While in prison she has helped lead bible studies and prayer groups in which she has encouraged and has been a light to other prisoners. She has taught classes on how to crotchet and do other crafts. She also has taken a cosmetology course in which she has done well in. We just ask for the courts to have mercy. She has already served many years, she understands her mistakes and will be an outstanding citizen and asset to her community.

Thank you for your consideration,

*JenaLee Ova*

JenaLee Silva
1145 Roswell Road
Knoxville, TN 37923
Jenaleefaithsilva@gmail.com
(865)951-8781



KNOXVILLE TN 377

16 NOV 2020 PM 4 L

FOREVER USA

all is calm, all is bright

Jenalee Silva
1145 Roswell Rd
Knoxville, TN 37923

Honorable Judge Varian
US District Court - Eastern Tennessee
800 market st. Suite 143
Knoxville, TN
37902

RECEIVED

NOV 17 2020

Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

37902-230343