November 16, 2020

800 Market Street, Suite 143
Knoxville, TN 37902

## Plea for Compassionate Release
Re: Tamral Guzman # 43512-074

Dear Honorable Judge Varlan,

My name is John Silva, I am the brother-in-law of Tamral Guzman, who is currently incarcerated. She was convicted in the Eastern District of Tennessee (Knoxville) under case numbers 3:10-CR-0061-1 and 3:12-CR-00153-1. I am writing this letter on behalf of her and my family to ask for a compassionate release.

My sister-in-law law Tamral is one of the kindest people that I have ever met and I have a very well founded fear that she will die in prison if compassion and clarity of reasoning are denied her again. Since being incarcerated for almost 8 of her 21.5 year sentence, she has endured both breast and cervical cancer as well as mastectomy and a terminal cancer diagnosis. I am deeply concerned for Tamral's physical and mental health. Her body has endured so much stress and is considered high risk for Covid-19. Psychologically, I am also concerned because she lost her mother on April 12, 2020 (Easter Sunday). I went to check on Tamral's mother Sandra Gardner and She was unresponsive to CPR administered by me and was pronounced dead after EMT arrived. Tamral's case was reviewed and her mother's prayer for her daughter's release was answered: on April 16, 2020 Tamral was granted release under home confinement through the Care act. The papers were signed for home confinement and all that remained was quarantine for 14 days before she would be able to come home. Then on Monday the 20th of April, she and her whole family endured even more emotional hardship upon hearing the news that Tamral's home confinement had been revoked due to a change in criteria with the Care Act for time served.

I can only ask for compassion for my sister-in-law and her family. It is my opinion that she has adequately paid for any transgressions. She would be an outstanding citizen and will do all she can to be an asset to her community. She has the love and support of her family and our church. We have already made arrangements for her to come home. Please help be an example of hope to Tamral and my family.

Thank you for your consideration,
John Silva
1145 Roswell Road
Knoxville TN, 37923
silvahear@gmail.com
(865) 221-1492