November 14, 2020

800 Market Street, Suite 143
Knoxville, TN 37902

Dear Judge Varlan

COMPASSIONATE RELEASE
TAMRAL GUZMAN #43512-074 CASE # 3:10-CR-161

Positive reasons for Tamral's release:
1. She has completed training in Cosmetology and her family will help her get started in Cosmetology
2. Tamral has a great support family, parents and siblings all have great faith in our Savior and are law abiding citizens; one brother currently is a Lt. Colonel stationed in Germany
3. Tamral has always been law abiding and checked with officials to make sure she was doing things according to law; she refused to a plea bargain because she felt she was innocent
4. Her court appointed attorney offered no defense as he dismissed Tamral's witnesses before they testified
5. Her sentence was way too harsh for a first-time offender
6. Her health continues to get worse because of lack of medical care and being exposed to Covid-19 inmates and those smoking K2 (wasp poisoning)
7. Tamral's mother died of a broken heart after hearing that the BOP changed the rules and denied her release that earlier BOP had approved
8. Instead of being a burden on society, Tamral will be a productive citizen

Please approve Tamral Guzman's release. I fear for her life each day she is in prison. On the outside, our family can provide the help and resources that will help Tamral get well and be productive.

Respectfully yours

Rodney Gardner, MEd.
831 Spikenard Dr.
**Henderson, NV 89002**
Gardner.rodney@gmail.com
435-255-2171

MR. RODNEY C GARDNER
222 N 150 E
OREM, UT 84057-4734



LAS VEGAS NV 890
14 NOV 2020 PM 3 L

Honorable Judge Thomas A. Varlan
U.S. District Court - Eastern Tennessee
800 Market Street, Suite 143
Knoxville, TN 37902

37902-230343

RECEIVED
NOV 17 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville