November 14, 2020

800 Market Street, Suite 143
Knoxville, TN 37902

Dear Judge Varlan,

COMPASSIONATE RELEASE
RE: TAMRAL GUZMAN, Inmate #43512-074, Case # 3:10-CR-161

I am very worried for Tamral and plead for her compassionate release. Tamral is my sister and I also happen to be a physician. I know Tamral is not receiving the medical care that she needs. Tamral is a cancer survivor and is not receiving proper follow up. Also, while in prison, she has developed a grade 3 (severe) prolapsed bladder. She often has to physically push her bladder back through her vagina. This will lead to further complications and will not get better without treatment. She has been exposed to COVID-19 inmates and those smoking K2 (wasp poisoning) and has suffered greatly because of it. Tamral has two brothers who are physicians (one is a Lt. Colonel) and many other loving family members that will be a support for Tamral and will make sure she gets the medical help she needs.

Tamral will be a productive citizen and has a huge family support that will help her get started. She completed training in Cosmetology and is a very hard worker. Tamral is a God fearing person with a huge loving heart. It is hard to believe the length of her sentence when you look at her case and see that she is a first time non violent offender.

Please provide a compassionate release for Tamral.


Respectfully yours,

Ryan Gardner, D.O., M.P.H.
3462 W Blue Crane Dr
Clinton, UT 84015
gardner.do@gmail.com
530-953-8705



Gardner  
3462 W Blue Crane Dr.  
Clinton, UT 84015

SALT LAKE CITY UT 840  
17 NOV 2020 PM 1 L

RECEIVED  
NOV 20 2020  
Clerk, U.S. District Court  
Eastern District of Tennessee  
At Knoxville

Honorable Judge Thomas A. Varlan  
U.S. District Court - Eastern Tennessee  
800 Market St., Suite 143  
Knoxville, TN 37902

37902-230343