

**Dear Judge Varlan,**
1 message

**Crystal Rose** <crystal.rose8592@gmail.com>  Sat, Nov 28, 2020 at 5:41 PM
To: Charles Vaughn <charlesleon2232@gmail.com>

# Dear Judge Varlan,

I am writing this letter on behalf of Tamral Guzman, inmate number 43512-074
Case no. 3:10-CR-161.
Tamral is my mother. My name is Crystal Guzman. Everything I will be writing is from the heart and the truth. She is a wonderful sweet, kind person. She has never hurt anyone in her lifetime. She has been hurt a lot throughout her life though. I will just name some.

1. She has been cheated on multiple times.
2. She was mentally and physically abused. One of her boyfriends would beat her over and over again.
3. People stole from her.
4. She has such a big heart, people took advantage of her a lot.
5. She is a single mother of three girls
6. She got in a really bad car accident and motorcycle accident. She did not take any pain medicine. She has never used any kind of drugs before.
7. I got addicted to drugs and treated her very badly. I just remember making her cry a lot because of my lifestyle. She tried to help me over and over again. I just want a chance to show her how much I love her. I am almost 5 years clean now. I just want her to see me now.
8. After years and years of working 2-3 jobs to support her family, she finally got a business and started making a good life for herself. Until everything got taken from her. Everything she has ever owned and worked for gone. But the most devastating thing was her freedom gone. Taking her away from us for such a long time. That was the hardest thing that has ever happen to this family.
9. For someone that never breaks the law and has a huge heart, got sent to prison for over 20 years. I'm crying writing this because it really is so heartbreaking. She doesn't deserve to be in prison especially for that long. It would've been way easier if she was a bad person or did bad things but that wasn't the case. She is the best person I know.
10. Her mother, her best friend passed away recently while she was still in prison. That was her biggest fear. And it happened. She didn't get a chance to be with her at her last moments or be at the funeral. She lost 8 years with her mother.
11. She is losing so much time with all of her family and love ones. Most of her grandchildren don't even know her. Life is so short and it's just wasting away for her.
12. She found out she had cancer in there twice. Her health is getting worst. Now Covid is getting bad in there. They are killing her slowly. People smoke K-2 in her pod and she gets really sick from smelling it all the time. She almost died from it recently. She was taking a shower and the people went into the bathroom where she was and started smoking it. She was trying to hurry out but then she started not breathing, gasping for air. She turned purple and was shaking. She thought she was going to die. And they brought her out of her pod but that was it. The officer didn't report it or bring her to the hospital or doctor. They don't care for the inmates. They treat them so terrible. My mother is okay now but she is having breathing problems. It's hard to breathe without it hurting. Now there's 14 new cases of Covid in there. She is already having issues with breathing. I am terrified with her being in there and getting Covid. She has to many health problems.
13. Life is just so hard on her. She had a lot of ups and downs in her life. We never imagine her being in prison. I feel like she doesn't deserve prison but she has suffered enough for her mistakes. She can't live much longer in there. She won't make it much longer being in prison. She suffers every day being away from us.

She is a good person. She is a believer in Jesus Christ. Not once has she ever gave up. Please just give her one chance to be free again. That she can live the rest of her life that she has left with her family and have her freedom. She doesn't have a lot of friends in there because she stays to her self and she is such a sweetheart people in there takes advantage of her. She praises Jesus every day even through the storm. She always tells me that Jesus is with her and will do a miracle. Just have Faith and stand with God. My mother is so strong. Even though she had a lot of let downs, she is still believing.

When I found out she almost died in there. I had a breakdown because I cannot lose my mom before getting time with her. I don't want her to die in prison alone. I'm really worried about her getting Covid. She can't get the right nutrition or get healthy in there. She can't keep herself safe in that place. Please send her home. She is the one person that truly deserves to be sent home to her family and love ones. This family hasn't been the same since she's been gone. Please make us whole again. Have mercy on her. Thank you for taking your time reading this.
God Bless You.
Sincerely,

Crystal Guzman
Phone Number: 954-548-5155
E-mail: crystal.rose9292@gmail.com

*[signature]*



Crystal Guzman
2232 Sylvania Ave.
Knoxville TN 37920

Honorable Judge Thomas A. Varlan
U.S. District Court - Eastern Tennessee
800 Market Street, Suite 143
Knoxville, TN 37902

RECEIVED
DEC 03 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

KNOXVILLE TN 377
30 NOV 2020 PM 1 L