FILED
FEB 22 2021
Clerk, U. S. District Court
Eastern District of Tennessee
at Knoxville

2-15-21

Honorable Judge Varlan,

I'm writing you on behalf of my friend - my very dear friend Tamral Guzman. Tamral is entering her 9th year of incarceration out of a 22 year sentence. I, Maggie Marshall, a fellow inmate was sentenced to a mere 70 months, and as I near the back half of my sentence I have nothing but compassion for my friend. It is very hard for me to imagine having been incarcerated for 9 years already - but I can't even begin to imagine spending another 12 years in a place like this. It is absolutely soul-wrenching.

    I am an addict. I've been addicted to food, men, exercise, money and more recently drugs. Honestly, I deserve to be here. At the rate I was going and the path I was on I have to force myself to say I'm grateful to be here. These few years that I have been locked up have been eye opening. This is absolutely the bottom of the barrel. I can definitely say - without a doubt - Prison and Death hold equal weight.

    That being said Tamral does not deserve to be here.

I've never been to prison - never even really been in trouble before and when I first got here I was terrified. I was immediately drawn to Tamral's spirit. Our friendship was instant. She is 100% love in everything she does and she is a constant reminder that even in darkness there is light.

Jesus has been her unfailing light. Everyday this woman submerges herself in God's word. Everyday she remains faithful through the storm and year after year she continues to fight for her freedom. Supreme Court, District Court, motion after motion, prayer after prayer, letter after unanswered letter she has yet to give up. After 9 years, 9 surgeries, 3 different types of cancer and a mastectomy she still manages to wake up everyday to continue her fight - to continue praising God.

Her mother passed away last year and at about the same time she was told she qualified for early release from the Care's Act. At that point I knew it was God blessing her with a miracle after

having to suffer through such a tragedy. I can remember writing her and telling her this miracle is proof that there truly is a God.

One week later they told her she no longer qualified - no explanation given. That has to be the definition of cruel and unusual punishment.

Will my friend ever catch a break? I am familiar with hitting rock bottom - I even understand that some of us even deserve to wallow in rock bottom, But how long are we supposed to drown in it? Isn't the point of all of this to rise up from the bottom? Isn't the point of all of this to get a comeback story?

Tamral has missed weddings, funerals, and graduations. She has missed the births of too many grandchildren. When she needs a mother she has no where to turn yet when her children need her shes there standing tall, strong and steady.

Just in the little bit of time I've known Tamral I've seen her health deteriorate. I've seen her get weaker and weaker.

I've seen the COVID invade us and her body suffer the most. Daily I see this pit of death and despair try to swallow her whole, and daily I see every staff member here try to avoid, ignore, and deter her in her fight for answers.

I don't have much sympathy for these women in here - especially after observing how they treat others. Tamral is a fish out of water in this sea of sharks. She has never had a speeding ticket, wont take more than the prescribed dose of aspirin, and always - without fail - paid her taxes. Yet to see her wasting away in here breaks my heart. I can't tell you how many times I look at her throughout the day and say a quick prayer for God to please send my friend home. If I could trade release dates with her I would. Its going to be heart wrenching to walk out these doors and leave her behind.

Despite my wavering faith, my friendship with Tamral is my constant reminder that I need to stay strong - Remain faithful. God will make a

④

way. God will give certain people the power to make a way. I've seen people with life sentences walk out of here. I know its possible. I know that its people like you who give people like Tamral comeback stories that are bestsellers! I've never met anyone more deserving of a comeback story.

I woke up dreaming these words today and haven't been able to shake them until I wrote them. I hope they mark the beginning of a miracle.

Thank You—

Maggie Marshall
#71857-019
FCI Tallahassee
PO Box 5000
Tallahassee, FL 32314

On behalf of:
Tamral Guzman
#43512-074

Case#: 3:10-CR-1061-1
3:15-CR-0057

5

Margate Marshall
71857-019
Fci Tallahassee
Po Box 5000
Tallahassee, FL 32314

United States District Judge
Attn: The Honorable Thomas Varlan
800 Market Street
Ste. 143
Knoxville, TN 37902

TALLAHASSEE FL 323
17 FEB 2021 PM 3 L