Feb 18, 2021

To The Honorable Thomas Varlan,

COMPASSIONATE RELEASE
RE: TAMRAL GUZMAN
Inmate #43512-074, FCI Tallahassee P.O. Box 5000, Tallahassee, FL, 32314
Clemency Case File: C291255
US District Court of Tennessee Case No. 3:10-CR-1061-1, 3:15-CR-0057
Court of Appeals for Sixth Court # 19-5545
Supreme Court #20-6548

I am very worried for Tamral and plead for her compassionate release. Tamral is my sister and I also happen to be a physician. I know Tamral is not receiving the medical care that she needs. Tamral has survived cancer twice and is not receiving proper follow up. Also, while in prison, she has developed a grade 3 (severe) prolapsed bladder. She often has to physically push her bladder back through her vagina. This will lead to further complications and will not get better without treatment. She has been exposed to COVID inmates and subsequently has got COVID. There are also inmates smoking K2 (wasp poisoning) and she has suffered greatly because of it.

Tamral has two brothers who are physicians (one is a Lt. Colonel) and many other loving family members that will be a support for Tamral and will make sure she gets the medical help she needs.

Tamral is a non-violent non-sex offender that has never done drugs. She has always been hard working, kind, and giving. She would be a great asset to society if released. She completed training in Cosmetology and is motivated and a very hard worker. She would not need support but she has many siblings and children ready and willing to do whatever is needed to support her. As an anesthesiologist I am financially well off and I am willing to put up a bond and be her caregiver and I know the others in the family are also willing to be her caregiver or whatever it takes. It is hard to believe the length of her sentence when you look at her case and see that she is a first time non violent offender.

Please provide a compassionate release for Tamral.

Respectfully yours,

Ryan Gardner, D.O., M.P.H.
3462 W Blue Crane Dr
Clinton, UT 84015
gardner.do@gmail.com
530-953-8705



Ryan Gardner
3462 W. Blue Crane Dr.
Clearfield, UT 84015

The Honorable Thomas Varlan
800 Market St.
Suite 143
Knoxville, TN 37902

RECEIVED
MAR 15 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED